40

■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of ROBIN L. BELLEW, Petitioner, v SULLIVAN SALES CORP., Respondent.— Determination unanimously confirmed and petition dismissed, without costs *(see, State Div. of Human Rights v Ingersoll-Rand Co., 106 AD2d 917).* (Proceeding pursuant to Executive Law § 298.) Present—Hancock, Jr., J. P., Callahan, Denman, O'Donnell and Pine, JJ.

■ In the Matter of MICHAEL C. WILCOX, Respondent, v ZONING BOARD OF APPEALS OF THE TOWN OF PERINTON, Appellant.— Judgment unanimously affirmed, without costs, for reasons stated in decision at Special Term, Boehm, J. (Appeal from judgment of Supreme Court, Monroe County, Boehm, J.—art 78.) Present—Hancock, Jr., J. P., Callahan, Denman and O'Donnell, JJ.

■ MARGARET D. GALLUCH et al., Respondents, v STATE OF NEW YORK, Appellant.—Judgment unanimously modified, on the law, to reduce the coreceivers' allowance to $74,910.40, and, as modified, affirmed, without costs. Same memorandum as in *People v Abbott Manor Nursing Home* (112 AD2d 40). (Appeal from judgment of Court of Claims, McMahon, J.—receiver's commissions and attorney's fees.) Present—Hancock, Jr., J. P., Callahan, Denman, O'Donnell and Pine, JJ.